FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>    Plaintiff,<br><br>v.<br><br>Dhyana LLC, a California Limited Liability Company;<br>Hema Patel; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-02062-DSF-RZ<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Motion and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 5/13/14

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT COURT JUDGE